US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 2 6 2013

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, USA | ) ) ) | CRIMINAL ACTION NO: 5:09-CR-50090-JLH |
| V. | ) ) | |
| BILLY CRAIG UNDERWOOD, Underwood | ) ) ) ) | CIVIL ACTION NO: 5:12-CV-05104-JLH |

### Notice of Appeal

To all Parties and
To their Attorneys of Record:

   Take notice that Defendant, Billy Craig Underwood appeals from the Final Judgment entered by the District Court named above on July 31, 2013.

   The Order appealed is a final and appealable order under the provisions of sections 2253(a) and 2255 of Title 28 of the United States Code because the order denied Defendant relief pursuant to his Section 2255 Motion attacking his sentence in this matter.

   This Appeal is made to the United States Court of Appeals for the Eighth Circuit.

Dated: August 23, 2013

Respectfully,

Billy Craig Underwood
Reg. # 08263-010
FCI-Texarkana
P.O. Box 7000
Texarkana, Texas 75505

## CERTIFICATE OF SERVICE

I, Billy Craig Underwood, hereby certify that I have served a true and Complete copy of the Objection to the Magistrate's Report and Recommendation to:

Wendy L. Johnson
Assistant United States Attorney
U.S. Attorney's Office
P.O. Box 1524
414 Parker Avenue
Fort Smith, Arkansas 72902

    By placing the same in the care and custody of Prison Officials at FCI-Texarkana on this 23rd day of August, 2013, with sufficient postage affixed. It would be noted that this service would be deemed filed at the time it was delivered to Prison Authorities for forwarding to the court. See <u>Houston v. Lack,</u> 487 U.S. 266 (1988).

*/s/ Billy Craig Underwood*
Billy Craig Underwood
Reg. # 08263-010
FCI-Texarkana
P.O. Box 7000
Texarkana, Texas 75505

Billy Craig Underwood
08263-010 D-1
FCI-Texarkana
P.O. Box 7000
Texarkana, Texas

MAIL ROOM
FCI-TEXARKANA, TEXAS 75505-9500
8-23-13
Date
The enclosed letter was processed through special mail procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, Please return the enclosure to the above address.



United State
Western Distr
Fayetteville
Federal Buil
35 East Mou
Fayetteville,

ATTN: Cour