IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES                                                    PLAINTIFF/RESPONDENT

   V.                          Criminal No. 09-50090
                             Civil No. 12-5104

BILLY CRAIG UNDERWOOD                                            DEFENDANT/MOVANT

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

By order entered on July 31, 2013, the Court adopted the report and recommendation of the undersigned and denied and dismissed the defendant's 28 U.S.C. § 2255 motion. (Docs. 30, 31.) In the same order, the Court also declined to issue a certificate of appealability, finding that the Defendant had not made a "substantial showing of the denial of a constitutional right," as required by 28 U.S.C § 2253(c)(2). (Doc. 68.)

The undersigned has been referred defendant's **Motion for Leave to Appeal In Forma Pauperis and Motion for Certificate of Appealability. (Docs. 70, 71.)** Rule 11(a) of the Rules governing § 2255 proceedings requires the district court to "issue or deny a certificate of appealability when it enters a final order adverse to the applicant." In accordance with this rule, the Court declined to issue a certificate of appealability in its order denying and dismissing Defendant's § 2255 motion. The undersigned construes the Motion for Certificate of Appealability now before the Court as a motion to reconsider the denial of the issuance of

a certificate of appealability.  Defendant has stated no grounds that would warrant reconsideration of the Court's previous ruling.

Accordingly, the undersigned recommends that the motions now before the Court (Docs. 70, 71) be **DENIED**.

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED this 28th day of August, 2013.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE