U.S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet or attach an amended docket sheet with the final style of the case.

Western District of Arkansas  -  FAYETTEVILLE  DIVISION

## 09-50090  USA vs.  CRAIG UNDERWOOD

| | | |
|---|---|---|
| Length of Trial: | **NONE** | |
| Financial Status:  Fee Paid? | Yes | No **XX** |
| If NO, has IFP been granted? | Yes | No **XX - DENIED** |
| Is there a pending motion for IFP? | Yes | No **XX** |
| Are there any other post-judgment motions? | Yes | No **XX** |

Please identify the court reporter.

 If no court reporter, please check

 Name   **THERESA SAWYER**
 Address  **35 E. MOUNTAIN, ROOM 559**
      **FAYETTEVILLE, AR 72701**
Telephone Number **479-444-7876**

**CRIMINAL CASES ONLY:**
 Is the defendant incarcerated?      Yes **XX**  No
Place of confinement, if known:  **FCI - TEXARKANA**

Please list all other defendants in this case, if there were multiple defendants.

SPECIAL COMMENTS:   Order #74 denies IFP and Certificate of Appealability